859 A.2d 688

STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION, SOLID WASTE COMPLIANCE AND ENFORCEMENT, PETITIONER–RESPONDENT, AND ESSEX COUNTY UTILITIES AUTHORITY AND HUDSON COUNTY IMPROVEMENT AUTHORITY, INTERVENORS–RESPONDENTS, v. HI TECH TRANS, LLC AND DAVID STROLLER, RESPONDENTS–PETITIONERS.

September 30, 2004.

Denied.